

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sayda Mariela Ayala-Pinto | **Civil Action No.** 25-cv-02971-RSH-BLM |
| **Plaintiff,**<br>V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On November 25, 2025, Petitioner appeared before an Immigration Judge and was granted bond. Accordingly, the Court denies Petitioner's ex parte application [ECF No. 6 ] as moot. The case is hereby closed.

**Date:**       12/4/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Nyamanjiva

S. Nyamanjiva, Deputy

(

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

## (ATTACHMENT)

**Civil Action No. 25-cv-02971-RSH-BLM**

Respondent:

Christopher J. Larose
Senior Warden, Otay Mesa Detention Center, San Diego, California

Joseph Freden
Field Office Director of San Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement

U.S. Department of Homeland Security

Todd M. Lyons
Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security

Sirce Owen
Acting Director for Executive Office for Immigration Review

Kristi Noem
Secretary, U.S. Department of Homeland Security

Pam Bondi
Attorney General of the United States